## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Murphy, Cynthia A

Printed: 3/11/08

Case Number: 05 B 16972
Judge: Hollis, Pamela S
Filed: 4/29/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:         Dismissed: January 28, 2008
Confirmed: September 26, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 40,444.00 |  |
| Secured: |  | 35,998.67 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,300.00 |
| Trustee Fee: |  | 2,145.33 |
| Other Funds: |  | 0.00 |
| Totals: | 40,444.00 | 40,444.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,300.00 | 2,300.00 |
| 2. | California Fidelity Inc | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | United Mortgage & Loan Investment Corp | Secured | 0.00 | 0.00 |
| 5. | United Mortgage & Loan Investment Corp | Secured | 0.00 | 0.00 |
| 6. | Honda Finance Services | Secured | 19,535.50 | 19,281.57 |
| 7. | California Fidelity Inc | Secured | 24,365.53 | 16,717.10 |
| 8. | Honda Finance Services | Unsecured | 3,451.20 | 0.00 |
| 9. | Arrow Financial Services | Unsecured | 1,497.63 | 0.00 |
| 10. | World Financial Network Nat'l | Unsecured | 661.16 | 0.00 |
| 11. | Cavalry Portfolio Services | Unsecured | 6,578.52 | 0.00 |
| 12. | Household Financial Corporation | Unsecured | 6,626.51 | 0.00 |
| 13. | Portfolio Acquisitions | Unsecured | 1,242.47 | 0.00 |
| 14. | CB&T | Unsecured |  | No Claim Filed |
| | | | $ 66,258.52 | $ 38,298.67 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 1,122.21 |
| 5% | 246.01 |
| 4.8% | 314.87 |
| 5.4% | 462.24 |
| | $ 2,145.33 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Murphy, Cynthia A

Printed:  3/11/08

Case Number:  05 B 16972

Judge:  Hollis, Pamela S

Filed:  4/29/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: